FILED
CLERK U.S. DISTRICT COURT

APR 24 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| KAREN L. CAMPBELL,<br><br>    Plaintiff,<br><br>v.<br><br>TEMECULA VALLEY UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants. | ED CV 07-01168-VAP (SH)<br><br>ORDER ADOPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the Complaint and other papers along with the attached Final Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Final Report and Recommendation.

    IT IS ORDERED that a Judgment be issued dismissing the action without prejudice.

1

Each party to bear its own costs.

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on the Plaintiff and counsel for Defendants.

DATED: 4/24/08

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE