FILED
CLERK U.S. DISTRICT COURT

APR 2 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

KAREN L. CAMPBELL,                ) ED CV 07-01168-VAP (SH)
                                  )
                Plaintiff,        )
                                  ) JUDGMENT
        v.                        )
                                  )
TEMECULA VALLEY UNIFIED           )
SCHOOL DISTRICT, et al.,          )
                                  )
                Defendants.       )
_____)

        Pursuant to the Order of the Court approving the recommendations of the

United States Magistrate Judge, and adopting the same as the facts and conclusions

of law herein,

        IT IS ADJUDGED that Judgment  be entered  dismissing the  Complaint

without prejudice.

DATED: 4/24/08

_____
        VIRGINIA A. PHILLIPS
   UNITED STATES DISTRICT JUDGE